# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 23-937 PA (JCx) | Date | April 27, 2023 |
|---|---|---|---|
| Title | Freddie Tahar v. United States Department of Agriculture Forest Service, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **Order to Show Cause Re: Dismissal For Lack Of Prosecution**

On April 17, 2023, the Court issued an order to show cause why this action should not be dismissed for lack of prosecution ("Order to Show Cause"). (Docket No. 12 (citing Fed. R. Civ. P. 12(a)(1).) The Court is now in receipt of a Declaration filed by Plaintiff Freddie Tahar ("Plaintiff") in response to the Order to Show Cause ("Response"). (Docket No. 20.) In the Declaration, Plaintiff's counsel asserts that he inadvertently served "ACS Claims Branch," when he should have served the United States Attorney for this district, the Attorney General of the United States at Washington, D.C., and the United States agency defendant in this action – the United States Department of Agriculture Forest Service ("Defendant"). (Id. ¶ 3.) See Fed. R. Civ. P. 4(i). Given Plaintiff's Response, the Court orders Plaintiff to properly serve Defendant under Federal Rule of Civil Procedure 4(i) and file proof of service by no later than **May 17, 2023**. Failure to comply with this Court's Order may result in the imposition of sanctions, including but not limited to dismissal of this action.

IT IS SO ORDERED.